# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>KANE CRAWFORD KEY | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 7:15-CR-00014-001(HL)<br><br>USM No. 98111-020<br><br>MARC G. METTS<br>_Defendant's Attorney_ |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   1-5 and 8-16   of the term of supervision.

☐ was found in violation of condition(s)     after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to report to the probation office as instructed | 02/01/2021 |
| 2 | Failure to report to the probation office as instructed | 02/02/2021 |
| 3 | Failure to report to the probation office as instructed | 02/05/2021 |
| 4 | Failure to report to the probation office as instructed | 02/10/2021 |
| 5 | Failure to refrain from violation of the law | 02/16/2021 |
| 8-16 | Failure to refrain from violation of the law | 02/25/2021 |

The defendant is sentenced as provided in pages 2 through  2 . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)  6 and 7  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   1884

Defendant's Year of Birth: 1987

City and State of Defendant's Residence:
Moultrie, Georgia

May 3, 2022
Date of Imposition of Judgment

s/ Marc T. Treadwell
Signature of Judge

MARC T. TREADWELL
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judge

5/4/2022
Date

DEFENDANT: KANE C KEY
CASE NUMBER: 7:15-CR-00014-HL-TQL(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Two (2) years in case number 7:15-cr-14 and two (2) years in case number 5:17-cr-50 with twelve (12) months to run concurrently and twelve (12) months to run consecutively for a TOTAL TERM OF IMPRISONMENT of thirty-six (36) months. This revocation sentence shall run consecutively to Defendant's current State sentence in Colquitt County, GA Superior Court Case 21CR0373.

☒ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant be placed in a facility that is closest to his mother's residence located in Colquitt County, Georgia.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____n_____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL